NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ECHO WESTLEY DIXON,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5056

_____

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00843-NBF, Judge Nancy B. Firestone.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

Echo Westley Dixon moves for reconsideration of this court's April 17, 2014 order denying his motion for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                  DIXON v. US


The motion is denied.  If Dixon does not pay the $ 505 filing fee within 14 days of the date of this order, his appeal will be dismissed.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24